IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
KALISPELL DIVISION

| UNITED STATES OF AMERICA, | **ORDER DISMISSING CITATIONS AND QUASHING WARRANTS** |
|---|---|
| **Plaintiff,** | |
| vs. | **VIOLATION NOS. AND LOCATION CODES:** |
| AARON BOWMAN, DANA BAESE, DOMINGO PALAFOX, ERICA LASALL, GORDON BRAAE, JAMES BORGMANN, JAZZE GILLES, JOHN BOOTHMAN, MICHAEL BEACH, MINDAUGAS AUSTINSKAS, VANESSA LOVIN, ELIABETH MORRISON, RUSSEL DANIELS, | **FBGB00IY, FBGB0020, FBGB00IZ F5362307   F53622408 9393026 FAEC004F, FAEC004D FAJI0030, FAJI0031 F5226903 F4873153 F5226904, FCDS000Y F5362306 9393028,9393027 F5163793 FAJD004Q, FAJD004S, FAJD004P, FAJD004R FAJD004M** |
| CHARLES CAMPBELL, | |
| **Defendants.** | |

Upon motion of the United States and for good cause shown, **IT IS**

**ORDERED** that the above violations are **DISMISSED** pursuant to Fed. R. Crim.

P. 48(a), and the warrants are **QUASHED.**

DATED this ___ day of March, 2023.

Kathleen L. DeSoto
United States Magistrate Judge

**JENNIFER S. CLARK**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**101 East Front Street, Suite 401**
**Missoula, MT 59801**
**P.O. Box 8329**
**Missoula, MT 59807**
**Phone: (406) 542-8851**
**FAX:  (406) 542-1476**
**E-Mail:  Jennifer.Clark2@usdoj.gov**

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## KALISPELL DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **GLOBAL MOTION TO DISMISS CITATIONS AND QUASH WARRANTS** |
| **Plaintiff,** | |
| **vs.** | |
| | **VIOLATION NOS.** |
| **AARON BOWMAN,** | **FBGB0040** |
| **DANA BAESE,** | **FBGB001Y, FBGB0020, FBGB001Z** |
| **DOMINGO PALAFOX,** | **F5362307** |
| **ERICA LASALL,** | **9393026** |
| **GORDON BRAAE,** | **FAEC004F, FAEC004D** |
| **JAMES BORGMANN,** | **FAJI0030, FAJI0031** |
| **JAZZE GILLES,** | **F5226903** |
| **JOHN BOOTHMAN,** | **F4873153** |
| **MICHAEL BEACH,** | **F5226904, FCDS000Y** |
| **MINDAUGAS AUSTINSKAS,** | **F5362306** |
| **VANESSA LOVIN,** | **9393028, 9393027** |
| **ELIABETH MORRISON,** | **F5163793** |
| **RUSSEL DANIELS,** | **FAJD004Q, FAJD004S, FAJD004P, FAJD004R** |
| **CHARLES CAMPBELL,** | **FAJD004M** |
| **Defendants.** | |

The United States, by and through Jennifer S. Clark, Assistant United States Attorney for the District of Montana, hereby moves the court to dismiss the above violation citations pursuant to Fed. R. Crim. P. 48(a), and quash the warrants for arrest.

DATED this 1ST day of March, 2023.

JESSE A. LASLOVICH
United States Attorney


_____/s/ Jennifer S. Clark_
JENNIFER S. CLARK
Assistant U.S. Attorney